IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DANIEL ADAM JONES, ) | |
| ) | |
| Plaintiff, ) | Case Nos. 1:12-0088 & 1:12-0089 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| ENOCH GEORGE, Sheriff of Maury ) | |
| County, LT. DEBRA WAGONSHUTZ, ) | |
| FLOYD SEALEY, SGT, CRAIG ) | |
| APOLITO, ADAM ERIWN, JAY ) | |
| SILVERTHRON, MAURY REGIONAL ) | |
| MEDICAL CENTER, ABL ) | |
| MANAGEMENT, INC., and ) | |
| GENELLA POTTER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the motion for discovery sanctions (Docket Entry No. 93) filed by Defendants, Floyd Sealey and Maury Regional Medical Center. In sum, these Defendants seek their reasonable expenses and attorneys' fees incurred when Plaintiff failed to appear for his properly noticed and scheduled deposition. These Defendants provided proof of such notice and Plaintiff's failure to appear. To date, Plaintiff has not responded to this motion.

Upon review, these Defendants' motion for discovery sanctions is **GRANTED** and pursuant to Fed. R. Civ. P. 37(d)(1)(A)(I) these Defendants are **AWARDED** two thousand two hundred one dollar ninety-seven cents ($2,201.97) in attorney fees and expenses for Plaintiff's failure to respond at his deposition. If Plaintiff fails to appear for another properly noticed deposition, Plaintiff risks the dismissal of this action.

It is so **ORDERED**.

**ENTERED** this the _9th_ day of December 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court