IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE AT COLUMBIA

| | |
|---|---|
| DANIEL ADAM JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-cv-0088 |
| ) | 1:12-cv-0089 |
| ENOCH GEORGE, Sheriff of Maury ) | JUDGE HAYNES |
| County, LT. DEBRA WAGONSHUTZ, ) | JURY DEMAND |
| FLOYD SEALEY, SGT. CRAIG ) | |
| APOLITO, ADAM ERWIN, JAY ) | |
| SILVERTHORN, MAURY REGIONAL ) | |
| MEDICAL CENTER, ABL ) | |
| MANAGEMENT, INC., and ) | |
| GENELLA POTTER, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS ABL MANAGEMENT, INC. AND GENELLA POTTER'S MOTION
FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS
ABL MANAGEMENT, INC. AND GENELLA POTTER'S MOTION FOR DISCOVERY
SANTIONS**

Come now Defendants, ABL Management, Inc. and Genella Potter, by and through counsel, and pursuant to United States District Court, Middle District Local Rule 7.01(b), and request leave of this Court to file a Reply to Plaintiff's Response to Defendants ABL Management, Inc. and Genella Potter's Motion for Discovery Sanctions. Defendants filed their Motion for Discovery Sanctions as Document Entry #87. Plaintiff's Response was filed as Document Entry #89. As grounds for this Motion, Defendants state that Plaintiff's Response and its supporting documents contain information that should be addressed to this Court in support of Defendants' Motion for Discovery Sanctions.

**WHEREFORE**, Defendants ABL Management, Inc. and Genella Potter move that the Court grant them leave to file the proposed Reply to Plaintiff's Response to Defendants ABL Management,